B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Western District of Texas | | **VOLUNTARY PETITION** |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**WBH Energy GP, LLC** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): | | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>4407 Bee Caves Road, Suite 421<br>Austin, TX<br>ZIP CODE 78746 | | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** WBH Energy GP, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** *(If more than two, attach additional sheet.)*

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** *(If more than one, attach additional sheet.)*

| Name of Debtor: See Attached | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>WBH Energy GP, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ William A. (Trey) Wood III**
Signature of Attorney for Debtor(s)
**William A. (Trey) Wood III**
Printed Name of Attorney for Debtor(s)
**Bracewell & Giuliani LLP**
Firm Name

711 Louisiana St., Ste. 2300
Houston, TX 77002-2770
Address
(713) 223-2300
Telephone Number
12/29/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Joseph S. Warnock_____
Signature of Authorized Individual
**Joseph S. Warnock**
Printed Name of Authorized Individual
**Vice President**
Title of Authorized Individual
12/29/2014
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## ADDENDUM TO CHAPTER 11 PETITION FOR WBH ENTITIES

### PENDING BANKRUPTCY CASES FILED BY ANY PARTNER OR AFFILIATE OF THIS DEBTOR

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Texas (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 case of the entities be consolidated for procedural purposes only and jointly administered.

1. WBH Energy, LP
2. WBH Energy Partners LLC
3. WBH Energy GP, LLC

**RESOLUTIONS OF THE MEMBERS OF**
**WBH ENERGY PARTNERS GP, LLC**
**DECEMBER __, 2014**

The undersigned members of WBH Energy Partners GP, LLC, a Texas Limited Liability Company on (the "Company") represent the Required Two-Thirds Percentage of the Members (as defined under the Limited Liability Agreement of Company) and do hereby consent to and adopt in all respects the following resolutions:

**IT IS HEREBY RESOLVED**, that the Company is authorized to perform any and all such acts as JOSEPH S. WARNOCK, Vice President, or other appropriate officer of the Company (the "Authorized Officer") deems to be necessary, desirable or appropriate in connection with or in order to consummate the actions described hereinafter, and it is further

**RESOLVED,** that the Authorized Officer is authorized and empowered to execute and deliver and file or cause to be filed with the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Bankruptcy Court"), on behalf of the Company, a voluntary petition for corporate reorganization pursuant to Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") and any and all other documents any Authorized Officer deems necessary, desirable or appropriate in connection therewith, each in such form or forms as the Authorized Officer so acting may approve, such approval to be conclusively evidenced by such officer's execution, delivery or filing thereof; and it is further

**RESOLVED,** that the Authorized Officer is authorized and empowered to retain, on behalf of the Company, the law firm of Bracewell & Giuliani LLP to act as counsel in the representation of the Company as debtor or debtor in possession in any case commenced by it under the Bankruptcy Code and in all matters arising in connection therewith, and is also authorized to retain, on behalf of the Company, such other attorneys, financial advisors, accountants, professionals, advisors and agents as such Authorized Officer shall deem necessary, desirable or appropriate; and it is further

**RESOLVED**, that the Authorized Officer is authorized and empowered execute, deliver and file or cause to be filed with the Bankruptcy Court in connection with any case commenced by the Company under the Bankruptcy Code any and all such further motions, emergency motions, affidavits, applications, lists, disclosures and other documents and instruments as any Authorized Officer shall deem necessary, desirable or appropriate; and it is further

**RESOLVED,** that the Authorized Officer is authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Authorized Officer shall deem necessary, desirable or appropriate in connection with any case commenced by the Company under the Bankruptcy Code.

**RESOLVED,** that all actions heretofore taken by the Authorized Officer and any other officer of the Company, in the name of and on behalf of the Company, in connection with any of the foregoing matters are hereby in all respects ratified, confirmed and approved; and it is further

**RESOLVED,** that the Authorized Officer is authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further agreements, instruments and documents and to pay all such fees and expenses, as the Authorized Officer shall deem necessary, desirable or appropriate in order to carry out the purpose and intent of the foregoing resolutions and the matters and transactions contemplated thereby.

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date set forth above.

_____
David Henderson
Member of
WBH Energy Partners GP, LLC, a Texas
Limited Liability Company


_____
Joe Warnock
Member of
WBH Energy Partners GP, LLC, a Texas
Limited Liability Company


_____
Jacob Warnock
Member of
WBH Energy Partners GP, LLC, a Texas
Limited Liability Company

#4731274.1

**RESOLVED,** that all actions heretofore taken by the Authorized Officer and any other officer of the Company, in the name of and on behalf of the Company, in connection with any of the foregoing matters are hereby in all respects ratified, confirmed and approved; and it is further

**RESOLVED,** that the Authorized Officer is authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further agreements, instruments and documents and to pay all such fees and expenses, as the Authorized Officer shall deem necessary, desirable or appropriate in order to carry out the purpose and intent of the foregoing resolutions and the matters and transactions contemplated thereby.

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date set forth above.

David Henderson
Member of
WBH Energy Partners GP, LLC, a Texas
Limited Liability Company

*/s/ Joe Warnock*
Joe Warnock
Member of
WBH Energy Partners GP, LLC, a Texas
Limited Liability Company

Jacob Warnock
Member of
WBH Energy Partners GP, LLC, a Texas
Limited Liability Company

**RESOLVED,** that all actions heretofore taken by the Authorized Officer and any other officer of the Company, in the name of and on behalf of the Company, in connection with any of the foregoing matters are hereby in all respects ratified, confirmed and approved; and it is further

**RESOLVED,** that the Authorized Officer is authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further agreements, instruments and documents and to pay all such fees and expenses, as the Authorized Officer shall deem necessary, desirable or appropriate in order to carry out the purpose and intent of the foregoing resolutions and the matters and transactions contemplated thereby.

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date set forth above.

_____
David Henderson
Member of
WBH Energy Partners GP, LLC, a Texas Limited Liability Company

_____
Joe Warnock
Member of
WBH Energy Partners GP, LLC, a Texas Limited Liability Company

*/s/ Jacob Warnock*
Jacob Warnock
Member of
WBH Energy Partners GP, LLC, a Texas Limited Liability Company

#4731274.1